[No. 67032-8-I.   Division One.   September 24, 2012.]

DAVID N. BROWN, INC., *Appellant*, v. ACT NOW PLUMBING, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-37499-6, J. Wesley Saint Clair, J., entered March 24, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Schindler, JJ.

[No. 67145-6-I.   Division One.   September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN MARTIN LASATER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-02124-2, Richard T. Okrent, J., entered May 9, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Spearman, J.

[No. 67174-0-I.   Division One.   September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JONAS I. HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-02345-8, George N. Bowden, J., entered April 26, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Schindler, JJ.

[No. 67327-1-I.   Division One.   September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RASHAD ASKIA SWANK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06578-1, Susan J. Craighead, J., entered May 31, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Spearman, JJ.